UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Amy Victoria Ramirez Rodriguez

Write the full name of each plaintiff.

-against-

Vanessa E. Morales
Tara A. Griffin
Stacey Friedman
J.P. Morgan, Chase & Co.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**19cv4409**

_____CV_____
(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☑ Yes  ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

42 U.S.C. Title I § 12112 - Discrimination, 3 Disabilities.
42 U.S.C. Title I § 12203 - Retaliation & Interference
42 U.S.C. Title I § 1981 - Punitive Damages
EEOC Charge & Notice attached

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
          (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

**If the defendant is an individual:**

The defendant, _____, is a citizen of the State of
                   (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

**If the defendant is a corporation:**

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Amy / V. / Ramirez Rodriguez
First Name / Middle Initial / Last Name

16 Colonel Robert Magaw Place Apt. 24C
Street Address

New York / NY / 10033
County, City / State / Zip Code

(646) 373-9432 / RodriguezA.Ramirez@gmail.com
Telephone Number / Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   **Vanessa E. Morales**
First Name         Last Name
Compliance
Current Job Title (or other identifying information)
270 Park Ave, J.P. Morgan Chase & Co.
Current Work Address (or other address where defendant may be served)
New York         New York         10017
County, City         State         Zip Code

Defendant 2:   **Tara A. Griffin**
First Name         Last Name
Legal Counsel
Current Job Title (or other identifying information)
270 Park Avenue, J.P. Morgan Chase & Co.
Current Work Address (or other address where defendant may be served)
New York         New York         10017
County, City         State         Zip Code

Defendant 3:   **Stacey Friedman**
First Name         Last Name
General Counsel, Chief Legal Officer JPMC
Current Job Title (or other identifying information)
270 Park Avenue, J.P. Morgan Chase & Co.
Current Work Address (or other address where defendant may be served)
New York         New York         10017
County, City         State         Zip Code

Defendant 4: __J.P. Morgan Chase & Co.__
             First Name              Last Name

Current Job Title (or other identifying information)
__270 Park Avenue__
Current Work Address (or other address where defendant may be served)
__New York__         __New York__        __10017__
County, City          State              Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: __New York City, New York (Brooklyn & Manhattan)__

Date(s) of occurrence: __June, July, August: 2014__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1. Plaintiff is of protected status
2. Plaintiff was employed by defendant
3. Plaintiff requested reasonable accommodation
4. Plaintiff was harassed by Defendant
5. Plaintiff terminated due to Defendant's failure to accommodate her disabilities.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

1) Lost income following professional development
2) Pain and Suffering: delay in adequate treatment of pre-existing disabilities and additional therapeutic and psychiatric care following Defendant's violations and retaliation.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

1) $1 Million: General, Special, and Punitive Damages
2) Amended and redressed Personnel File
3) Order JPMC to design or purchase and incept an ADA-Awareness training program for ALL employees and an ADA-Management training program for employees who supervise others; these programs could be comparable to existing training programs for Antimoney Laundering, Material Non-Public Information, Ethical Workplace Behaviors, etc. To create career-long adherence to 42 U.S.C as a normative business practice for JPMC. Plaintiff to be featured in both training programs.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| 5/14/2019 | Amy V. Ramirez Rodriguez |

| First Name | Middle Initial | Last Name |
|---|---|---|
| Amy | V. | Ramirez Rodriguez |

**Street Address:** 16 Colonel Robert Magaw Place Apt. 24C

| County, City | State | Zip Code |
|---|---|---|
| New York | NY | 10033 |

| Telephone Number | Email Address (if available) |
|---|---|
| (646) 373-9432 | RodriguezA.Ramirez@gmail.com |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**NOTICE OF RIGHT TO SUE** *(ISSUED ON REQUEST)*

To: **Amy V. Ramirez Rodriguez**
**16 Colonel Robert Magaw Place**
**Apartment 24C**
**New, NY 10033**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2019-01930 | Jiancheng Wang, Investigator | (212) 336-3753 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Kevin J. Berry,
District Director

2/19/2019
*(Date Mailed)*

Enclosures(s)

cc: **Attn:**
**Director of Human Resources**
**JP MORGAN CHASE**
**270 Park Avenue**
**New York, NY 10017**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
District Office: (212) 336-3620
General FAX: (212) 336-3790

Amy Ramirez Rodriguez
16 Colonel Robert Magaw Place
Apartment 24C
New York, NY 10033

Re:   EEOC Charge No. 520-2019-01930
      Ramirez Rodriguez v. J.P. Morgan Chase

Dear Ms. Ramirez Rodriguez:

This office is in receipt of your request for a *Notice of Right to Sue* on the above-referenced charge.

Ordinarily, a charging party or his/her counsel is not entitled to receive a *Notice of Right to Sue* upon request until the charge has been pending with the EEOC for at least 180 days. However, an early *Notice of Right to Sue* is authorized by 29 C.F.R. § 1601.28(a)(2) if the Director determines that the Commission will not be able to complete its administrative process within 180 days of the date the charge was filed.

We have reviewed all of the circumstances of this case and have determined that issuing you the requested *Notice of Right to Sue* is warranted at this time. Specifically, given our office's current workload, we have concluded that the EEOC will be unable to complete the processing of this charge within 180 days of the date the charge was filed.

Enclosed is your *Notice of Right to Sue*. If you have any questions, please contact Investigator Jiancheng Wang at (212) 336-3753.

On Behalf of the Commission

_____
Kevin J. Berry
District Director

2/19/2019
Date

enc.
cc:   Attn: Director of Human Resources
      JP MORGAN CHASE
      270 Park Avenue
      New York, NY 10017

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>520-2019-01930 |
|---|---|---|
| | New York State Division Of Human Rights | and EEOC |
| | State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Amy V. Ramirez Rodriguez | Home Phone (Incl. Area Code)<br>646-373-9432 | Date of Birth |
|---|---|---|
| Street Address<br>16 Colonel Robert Magaw Place, Apartment 24C | City, State and ZIP Code<br>New, NY 10033 | EQUAL EMPLOYMENT [...] MISSION<br>NEW YORK D[...] OFFICE<br>FEB 14 2019<br>DATE RECEIVED |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>J. P. MORGAN CHASE | No. Employees, Members<br>500 or More | Phone No. (Include Area Code) |
|---|---|---|
| Street Address<br>270 Park Avenue | City, State and ZIP Code<br>New York, NY 10017 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-21-2014    Latest: 08-21-2014

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a female with qualifying disabilities who employed with the above entity as a Business Analyst and Reporting Specialist from May 19, 2014 until my termination on August 21, 2014.

I believe I was discriminated against by my employer due to my qualifying disabilities. Specifically, on August 21, 2014, I was wrongfully terminated by Vanessa Morales, Supervisor, due to my disabilities.

Based on the above, I believe I was discriminated against by my employers in violation of Title I of the Americans with Disabilities Act of 1990, as amended, and other applicable Federal, state, and local anti-discrimination statutes.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Feb 14, 2019          [signature]<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |