UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMY VICTORIA RAMIREZ RODRIGUEZ,

                Plaintiff,

-against-

VANESSA E. MORALES, *et al.*,

                Defendants.

19-CV-4409 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

On September 26, 2019, the Court received Plaintiff's letter requesting to withdraw this action under Fed. R. Civ. P. 41(a). Accordingly, Plaintiff's request is granted.

The complaint is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).[1] This order closes the case under this docket number.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   September 30, 2019
         New York, New York

                                        COLLEEN McMAHON
                                  Chief United States District Judge

---

[1] Plaintiff consented to electronic service. (ECF No. 3.)